MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS RICHARD OLSEN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:24-cv-01415-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 13)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) with instructions to reconsider the medical opinions and prior administrative medical findings; to reconsider Plaintiff's residual functional capacity; if

STIPULATION TO REMAND; 1:24-cv-01415-SKO

necessary, to obtain vocational expert evidence; to offer Plaintiff the opportunity for a hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                Respectfully submitted,

DATE:  February 7, 2025　　　　　　　/s/ *Francesco Paulo Benavides*\*
　　　　　　　　　　　　　　　　　　FRANCESCO PAULO BENAVIDES
　　　　　　　　　　　　　　　　　　(\* as authorized via e-mail on February 7, 2025)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

DATE: February 7, 2025　　　　　　　By: /s/ *Justin L. Martin*
　　　　　　　　　　　　　　　　　　JUSTIN L. MARTIN
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## **ORDER**

Based upon the parties' stipulation and unopposed motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 13), and for cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

STIPULATION TO REMAND; 1:24-cv-01415-SKO

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **February 10, 2025**                         /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE